Anderson v. Barnes.

is an appearance of a just defence, have a stronger claim to the interposition of the court.

Let judgment be set aside, on payment of costs.

---

[203] ANDERSON v. BARNES.

1. A juror is not allowed to give evidence to his fellow jurors, without being sworn as a witness.

2. Certificates of individuals no evidence of facts contained in them.

*Certiorari* to Justice Maxwell.

It appearing in this case that the justice had permitted one of the jurors to give evidence to his companions without being sworn as a witness, and that he had admitted the certificates of two persons to prove some matter relative to the demand in question—

PER CUR. Reverse the judgment.

---

CANFIELD v. ALLEN, LATE SHERIFF.

*Nil debet* is no plea to an action of debt on an amercement.

This was an action of debt against the late sheriff, who had been amerced for some neglect of his duty, grounded on the amercement. The defendant pleaded *nil debet*, which the plaintiff now moved to set aside.

PER CUR. This plea has been already determined not pleadable to an action of debt *sur amercement*. It is an attempt to bring the trial of a record before a jury.

Let the plea be set aside.